5 So.2d 847

**Elisha GARNER v. STATE.**

**6 Div. 879.**

Court of Appeals of Alabama.
Dec. 16, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

5 So.2d 847

**Arthur T. GEORGE v. STATE.**

**6 Div. 892.**

Court of Appeals of Alabama.
Dec. 30, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

8 So.2d 901

**Lonus GILBERT v. STATE.**

**7 Div. 676.**

Court of Appeals of Alabama.
June 9, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

5 So.2d 847

**George GLENN v. STATE.**

**4 Div. 666.**

Court of Appeals of Alabama.
Nov. 18, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

3 So.2d 920

**William Harold GLENN v. STATE.**

**6 Div. 792.**

Court of Appeals of Alabama.
July 16, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

3 So.2d 921

**William Harold GLENN v. STATE.**

**6 Div. 793.**

Court of Appeals of Alabama.
July 16, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.